AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JENIFER FRANKLIN

V.

DYNAMIC RECOVERY SERVICES, INC.

CASE NUMBER: 08CV2477

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

Dynamic Recovery Services, Inc.
c/o Michael H Newman (Registered Agent of Dynamic Recovery Services, Inc.)
1601 Elm St Ste 3000 2900
Dallas, Texas 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 E Washington St Ste 900
Chicago IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

April 30, 2008
Date



RECEIVED
MAY 17 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE MAY 0 5 2008 | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE May 6, 2008 at 2:55 pm |
| NAME OF SERVER (PRINT) P. Clark | TITLE Deputy Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By delivering to: Dynamic Recovery Services, Inc C/o Michael H. Newman (Registered Agent of Dynamic Recovery Services, Inc) 1601 Elm St. Ste. 2900 Dallas, County Texas 75301

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $ 70.00 | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 6, 2008     P. Clark 130
         Date                Signature of Server

7201 So. Polk St., Dallas, TX 75237
Address of Server

DERICK EVANS, CONSTABLE
Dallas County Precinct 1

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.