# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| JENNIFER FRANKLIN,<br><br>    Plaintiff,<br>v.<br><br>DYNAMIC RECOVERY SERVICES, INC.,<br><br>    Defendants. | Case No.: 08-CV-2477<br><br>Judge Castillo<br><br>Magistrate Judge Cole |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DYNAMIC RECOVERY SERVICES, INC.

| |
|---|
| NAME: Corinne C. Heggie |
| SIGNATURE: s/ *Corinne C. Heggie* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6276412 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |

6321405v1 838180

## CERTIFICATE OF SERVICE

I hereby certify that on **May 21, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

Corinne C. Heggie　　　　　　　　　　　　/s/ *Corinne C. Heggie*
HINSHAW & CULBERTSON LLP　　　　Corinne C. Heggie
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
cheggie@hinshawlaw.com

6321405v1 838180