IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENIFER FRANKLIN,<br><br>    Plaintiff,<br>v.<br><br>DYNAMIC RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No.: 08-CV-2477<br><br>Judge Castillo<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:  O. Randolph Bragg - rand@horwitzlaw.com, shannon@horwitzlaw.com
     Craig M. Shapiro - craig@horwitzlaw.com

**PLEASE TAKE NOTICE** that on **May 27, 2008**, at **9:45 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Ruben Castillo or any Judge sitting in his/her stead in Courtroom 2141, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING,** a copy of which is served upon you.

                                                HINSHAW & CULBERTSON LLP

David M. Schultz                          s/ *David M. Schultz*
Corinne C. Heggie                         David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com

6321614v1 838180

## **CERTIFICATE OF SERVICE**

I hereby certify that on **May 22, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of the Court using the CM/ECF system reflecting service of to be served on:

O. Randolph Bragg - rand@horwitzlaw.com, shannon@horwitzlaw.com
Craig M. Shapiro - craig@horwitzlaw.com

and I hereby certify that on **May 22, 2008**, I served by United States Mail, the documents to the following non-registered participants:

HINSHAW & CULBERTSON LLP

David M. Schultz                                s/ *David M. Schultz*
Corinne C. Heggie                               David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com

2

6321614v1 838180