IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENIFER FRANKLIN, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| v. | Civil Action No. 08-cv-2477 |
| DYNAMIC RECOVERY SERVICES, INC. | **Judge Castillo** |
| Defendant. | **Magistrate Judge Cole** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jenifer Franklin hereby dismisses Defendant Dynamic Recovery Services, Inc. with prejudice and states the following in support:

1. Plaintiff filed her Complaint on April 30, 2008. (Docket # 1).

2. Defendant has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Jenifer Franklin hereby dismisses Defendant Dynamic Recovery Services, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

June 16, 2008
        s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF